**ELECTRONICALLY FILED**
**COURT OF COMMON PLEAS**
**Thursday, June 1, 2023 2:10:48 PM**
**CASE NUMBER: 2023 CV 02831 Docket ID: 863049977**
**Mike Foley**
**CLERK OF COURTS MONTGOMERY COUNTY OHIO**

## IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY
### CIVIL – NEW COMPLAINT

**Plaintiff:** The Family of the deceased LaMonte Brown Jr.

**Case No:** _____

**Defendant:** Montgomery County Sheriffs Dept & Wright Patterson Airforce Base Sensors Directorate AFRL RYZC + RYZT

**Judge:** _____

**Pleading:** _____

**What do you want from the Court?**
To perform a the investigation into the cover up pertaining to the deceased LaMonte Brown Jr dob 10/16/76 – dod 11/25/18

**What do you want to happen?**
Our Family is seeking justice

**MANDATORY CONTACT INFORMATION**
Name: Dashalam Brown
Address: Mailing Address
Address: 952 Brunswick Dr, Dayton, OH 45424
Phone number:
Email Address: dasha73@yahoo.com