# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| LAMONTE BROWN (FAMILY OF THE DECEASED), | : | Case No. 3:23-cv-00182 |
| | : | |
| | : | District Judge Walter H. Rice |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| MONTGOMERY COUNTY SHERIFF'S OFFICE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant United States Air Force, Air Force Research Lab, WPAFB ("Defendant") filed a Motion to Dismiss on July 31, 2023 (Doc. No. 7). You should receive a copy of this Motion directly from Defendant.

Your response must be filed with the Court no later than **August 24, 2023**. When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case. Please review and become familiar with the Federal Rules of Civil Procedure, the Court's Local Rules, and *A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District Court for the Southern District of Ohio*. These materials are available on the Court's website (www.ohsd.uscourts.gov).

**If you fail to file a timely response, Defendant's Motion may be granted and your claims against Defendant may be dismissed.**

Additionally, Plaintiff is further advised to inform the Clerk of Court promptly of any changes of address during the pendency of this lawsuit. Failure to do so may result in dismissal of this case for failure to prosecute.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge